FRANK H. INGRAHAM, APPELLANT *vs*. NATHAN BERLIAWSKY.

Knox County. Decided January 21, 1932. On exceptions. The sole exception shown by the record was taken by defendant to the refusal of the presiding Justice to order a non-suit. Such a refusal is entirely a matter of discretion, to which no exception lies. Exceptions overruled. *Frank H. Ingraham*, for plaintiff. *Rodney I. Thompson*, for defendant.